# IN THE UNITED STATES MAGISTRATE COURT
## FOR THE DISTRICT OF MONTANA
## BILLINGS DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA,**<br><br>Plaintiff,<br><br>vs.<br><br>**WILLIAM R. MCGRATH,**<br><br>Defendant. | PO-22-05016-BLG-TJC<br><br>**ORDER**<br><br>Violation No. F5235008<br>Location Code:  M6H |

Upon motion of the United States, and good cause appearing,

IT IS HEREBY ORDERED that the motion to dismiss (Doc. 6) is GRANTED.  The matter is dismissed, with prejudice as fully adjudicated.  Any debt associated with this matter that has been sent to the U.S. Treasury for collections shall be recalled.

IT IS FURTHER ORDERED that the warrant issued in the above-captioned case for William R. McGrath shall be QUASHED.  The Clerk of Court is directed to notify the U.S. Marshals Service of this Order immediately.

DATED this 21st day of July, 2023.

_____
TIMOTHY J. CAVAN
United States Magistrate Judge